UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBOTT LABORATORIES,<br><br>   Plaintiff,<br><br>            -v-<br><br>LABORATORIO INTERNACIONAL ARGENTINO S.A.,<br><br>   Defendant. | CIVIL ACTION NO. 25 cv 6289<br><br>[PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER |

**[PROPOSED] ORDER MODIFYING
TEMPORARY RESTRAINING ORDER**

**WHEREAS,** On July 31, 2025, Plaintiff Abbott Laboratories ("Abbott") filed a complaint against Defendant Laboratorio Internacional Argentino S.A. ("LIA"), seeking to recover $5,374,506.51 that Abbott alleged had been misdirected into a Citibank, N.A. account in New York belonging to LIA;

**WHEREAS**, on July 31, 2025, this Court entered an order to show cause with temporary restraining order (the "OSC") why an order of attachment should not be issued pursuant to Federal Rule of Civil Procedure 64 and Article 62 of the Civil Practice Law and Rules against the assets of Defendant and any interest of said defendant in personal or real property or any debt owed to defendant situated in the State of New York, including but not limited to the account of Defendant at Citibank, N.A., New York, New York;

**WHEREAS,** the OSC provided that, *inter alia*, pending the hearing and determination of Plaintiff's motion for an order of attachment, all persons and garnishees, including, without limitation, Citibank N.A., were restrained and prohibited from transferring or paying any assets of Defendant or any personal or real property in which Defendant has an interest, or any debt owed to Defendant, to the extent of $5,374,506.51;

**WHEREAS**, on August 27, 2025, Plaintiff and Defendant entered into a settlement agreement (the "Settlement Agreement"), wherein LIA did not contest that the $5,374,506.51 deposited into its Citibank, N.A. account were Abbott funds, and LIA agreed to cooperate in the return of those funds, including by agreeing to a modification of the temporary restraining order (the "TRO") in any manner deemed necessary by Abbott or by the Court, to permit Citibank to reverse the funds transfer whereby the $5,374,506.51 in Abbott funds were misdirected into the LIA account and/or to release the $5,374,506.51 in the Citibank account directly to Abbott.

**IT IS HEREBY ORDERED THAT** the TRO issued by this Court on July 31, 2025 is modified to permit Citibank, N.A. to reverse the funds transfer whereby the $5,374,506.51 in Plaintiff's funds were sent into the LIA account at Citibank, N.A., and/or to release the $5,374,506.51 in the LIA account directly to Plaintiff;

**IT IS FURTHER ORDERED THAT** the Clerk of Court will release to Abbott the security in the amount of $10,000.00 deposited by Abbott with the Clerk of Court on August 5, 2025, identified by Cashiers Office Registry Deposit Receipt Number NYSCCA25-0435.

Dated:  New York, New York
        September 17, 2025

                                                    **SO ORDERED:**

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE